**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**William Haywood HOUCK,**
**Defendant–Appellant.**

No. 15–7414.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 15, 2015.

Decided: Dec. 18, 2015.

William Haywood Houck, Appellant Pro Se. Edward D. Gray, Jennifer P. May–Parker, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before GREGORY and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Haywood Houck appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Houck*, No. 7:12–cr–00127–D–2 (E.D.N.C. filed Aug. 28, 2015 & entered Aug. 31, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*